FILED

2003 NOV 13 P 5: 32

US DISTRICT COURT
BRIDGEPORT CT

**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| DARNELL TATEM | : | PRISONER |
| | : | NO. 3:02CV1010(AWT)(DFM) |
| VS. | : | |
| | : | |
| DR. YOUNG | : | NOVMEBER 12, 2003 |

## APPEARANCE

**TO THE CLERK OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF CONNECTICUT:**

**PLEASE ENTER MY APPEARANCE** on behalf of the defendant in this matter.

Dated at Hartford, Connecticut, this 12th day of November, 2003.

DEFENDANT,
Dr. Young

RICHARD BLUMENTHAL
ATTORNEY GENERAL

BY: _____
Ann E. Lynch
Assistant Attorney General
Federal Bar No. ct05326
110 Sherman Street
Hartford, CT 06105
Tel. No.: (860) 808-5450
Fax No.: (860) 808-5591
E-Mail: ann.lynch@po.state.ct.us

## **CERTIFICATION**

I hereby certify that a copy of the foregoing was sent by first-class mail, postage prepaid, this 12th day of November, 2003:

Darnell Tatem, Inmate No. 13073
MacDougall-Walker Correctional Institution
1153 East Street South
Suffield, CT 06080

_____
Ann E. Lynch
Assistant Attorney General