UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

FILED

2003 DEC -4 P 4: 44

DARNELL TATEM,
    *Plaintiff,*

v.

DR. YOUNG
    *Defendant.*

: PRISONER 02
: CIVIL NO.3:00CV1010(AWT)(DFM)
:
:
:
:
:
: DECEMBER 2, 2003

## DEFENDANT'S MOTION TO DISMISS

Pursuant to D. Conn. L. Civ. R. 7 and Rule 12(b)(6) of the Federal Rules of Civil Procedure, the defendant, Dr. Young respectfully moves to dismiss this matter for plaintiff's failure to exhaust his administrative remedies. More specifically, according to the attachments to his complaint, plaintiff allegedly filed a Level I grievance in June 2001 but did not file a Level II grievance within the requisite time period of 31 days. Rather, plaintiff filed a Level II grievance more than six months later, on March 11, 2002. Because plaintiff did not exhaust his administrative remedies, this action should be dismissed.

DEFENDANT

Dr. Young

RICHARD BLUMENTHAL
ATTORNEY GENERAL

BY: _____
    Ann E. Lynch
    Assistant Attorney General
    110 Sherman Street
    Hartford, CT 06105
    Tel: (860) 808-5450
    Federal Bar No. Ct#08326
    E-mail: ann.lynch@po.state.ct.us

## **CERTIFICATION**

I hereby certify that a copy of the foregoing was mailed this 2nd day of December, 2003, first class postage prepaid, to:

Darnell Tatem
#13073
MacDougall-Walker Correctional Institution
1153 East Street South
Suffield Ct 06080

Ann E. Lynch
Assistant Attorney General