UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

DARNELL X. TATEM  
                                                          PRISONER  
v.                                            Case No.  3:02cv1010 (AWT)(DFM)

DR. YOUNG

J U D G M E N T

This cause came on for consideration on the defendant's motion to dismiss before the Honorable Alvin W. Thompson, United States District Judge.

The court has considered the motion and all related papers. On August 5, 2004, the Court filed its Ruling and Order granting the motion. All claims against defendant in his official capacity are dismissed pursuant to 28 U.S.C. § 1915(e)(2)(B)(iii). All claims against defendant in his individual capacity are dismissed without prejudice to his renewing any viable claims after he exhausts his administrative remedies.

Therefore, it is **ORDERED** and **ADJUDGED** that the case is dismissed with prejudice as to the official capacity claims and without prejudice as to the individual capacity claims and the matter is closed.

Dated at Bridgeport, Connecticut this 11th of August, 2004.

                                                        KEVIN F. ROWE, Clerk

                                                        By   /s/ Donna P. Thomas  
                                                             Donna P. Thomas  
                                                             Deputy Clerk

Entered on the Docket _____